UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.: 17-26218-ABA
SICOLO, DONNA M                      Chapter: 7
                                                      Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on October 31, 2017at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 196 BARTAL COURT, ATCO NJ 08004<br>(FMV $120,000.00) |
|---|---|

| Liens on property: | $68,658.00-Ditech<br>$39,975.00-PNC Bank |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:             Andrew Sklar, Chapter 7 Trustee

Address:          1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-26218-ABA
Donna M Sicolo                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Sep 26, 2017
                             Form ID: pdf905          Total Noticed: 26

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db             +Donna M Sicolo,    196 Bartal Court,    Atco, NJ 08004-2260
516995276      +Advanced Call Center Technologies,     PO Box 9091,    Johnson City, TN 37615-9091
516995277      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516995278      +Amex,   Correspondence,    Po Box 981540,    ElPaso, TX 79998-1540
516995279     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516995280      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516995283      +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
516995281      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516995284      +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517074670       Ditech Financial LLC,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516995288      +Encore Receivables,    PO Box 3330,   Olathe, KS 66063-3330
516995289      +First National Bank,    Attn:  FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
516995290      +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
516995291      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516995295      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
516995293      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516995299     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2017 22:43:58      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2017 22:43:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516995285      +E-mail/Text: mrdiscen@discover.com Sep 26 2017 22:43:15      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516995286      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2017 22:43:40      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
516995292      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2017 22:43:20      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
516997648      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516995296      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:19      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516995297      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:03      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
516995298      +E-mail/Text: bankruptcy@td.com Sep 26 2017 22:44:01      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516995282*     +Capital One,    Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
516995287*     +Ditech,   Attn: Bankruptcy,    Po Box 6172,   Rapid City, SD 57709-6172
516995294*     +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Sep 26, 2017
                               Form ID: pdf905              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
```
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Donna M Sicolo ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```