Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 17–26218–ABA
> Chapter: 7
> Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna M Sicolo
   aka Donna M. Zwerin, dba Donna Zwerin–Sicolo
   196 Bartal Court
   Atco, NJ 08004

Social Security No.:
   xxx–xx–7432

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 17, 2018</u>            <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court